IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER GALLAGHER, | ) | 4:12CV3251 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NEIL MILLIER, Sheriff, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on Plaintiff Roger Gallagher's "Motion for an Order for the Use of a Pen" and Motions for Hearing. (Filing Nos. 7, 10, and 11.) Plaintiff's Motions all relate to the conditions of his confinement at the Buffalo County Jail, which is also the subject of his Complaint. As Plaintiff was previously informed, this matter will be dismissed if Plaintiff does not pay the initial partial filing fee. (Filing No. 12.) Accordingly,

    IT IS THEREFORE ORDERED that: Plaintiff's Motions (Filing Nos. 7, 10, and 11) are denied without prejudice to reassertion after Plaintiff pays the initial partial filing fee in this matter.

    DATED this 21st day of February, 2013.

                              BY THE COURT:

                              *Richard G. Kopf*
                              Senior United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.